IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01440-CMA-KLM

LEE ROTHE, and
MARLENE ROTHE,

     Plaintiffs,

v.

BNC MORTGAGE,

     Defendants.

## ORDER DENYING AMENDED PETITION FOR TEMPORARY INJUNCTION AND PETITION FOR TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiffs Lee Roth and Marlene Roth's Amended Petition for Temporary Injunction (Doc. # 9) and Petition for Temporary Restraining Order (Doc. # 3). For the following reasons, the Court denies both Petitions.

On June 18, 2010, Plaintiffs filed a Petition for Temporary Restraining Order (Doc. # 3), seeking the Court's assistance to block a foreclosure action. The Court then set this matter for a preliminary injunction hearing.

On July 2, 2010, upon further review of the Plaintiffs' filings, the Court issued an order ("the July 2 Order" - Doc. # 8) vacating the preliminary injunction hearing on grounds that Plaintiffs failed to allege sufficiently why injunctive relief is necessary at this stage in the proceedings. The Court also sought clarification as to whether a state

foreclosure action was currently pending. In pertinent part, the Court noted that although Plaintiffs filed their Complaint and Motion on <u>June 18</u>, 2010, Plaintiffs had alleged that a foreclosure sale was to take place on Wednesday, <u>June 9</u>, 2010, and that Plaintiffs "**will**" suffer "immediate and irreparable injury, loss, or damage if the order is not granted before defendant can be heard. . . ." (*Id.* at 1-2) (quoting Doc. # 3 at 2) (emphasis added). The Court also noted that "Plaintiffs' papers are virtually identical in form and substance to the papers filed . . . by a different plaintiff in a matter also pending before this Court," and that Plaintiffs "repeatedly refer to the opposing party as 'Defendants,' when, in fact, only one entity has been sued." (*Id.* at 2).

Based on the foregoing, the Court directed Plaintiffs to file an amended complaint and an amended motion for preliminary injunction, which shall:

    (1)    clarify whether a foreclosure action was commenced in state court;

    (2)    identify the case number and the presiding court;

    (3)    state the status of the action;

    (4)    identify the date of the scheduled sale, if a state court has ordered a foreclosure sale; and

    (5)    identify what attempts they have made to contest or appeal any state court decisions pertaining to foreclosure, what defenses they have asserted, and why the state court was an inadequate forum to hear the claims they now assert.

(*Id.* at 3). Finally, Plaintiffs were directed to serve Defendant BNC Mortgage a copy of the amended complaint, amended motion, and the July 2 Order pursuant to the

procedures for service of process set forth in Rule 4(h)(1) of the Federal Rules of Civil Procedure. (*Id.*)

On July 13, 2010, Plaintiffs filed a "First Amended Petition" (Amended Complaint) (Doc. # 10) and "Amended Petition for Temporary Injunction" (Amended Motion for Preliminary Injunction) (Doc. # 9).[1] Upon review, the Court finds that Plaintiffs' amended filings fail to comport with the Court's July 2 Order. Most notably, the amended filings still seek immediate injunctive relief for a foreclosure sale that apparently took place on Wednesday, June 9, 2010, more than one month ago. (Doc. # 9 at 21; *see also* Doc. #10 at 24). Further, the filings are near replicas of Plaintiffs' original filings, save for some modifications of identified monetary figures and minor stylistic changes. Once again, Plaintiffs have failed to: (a) inform the court whether a foreclosure action was commenced in state court, (b) establish whether the Court has jurisdiction to grant injunctive relief, and (c) cure any of the deficiencies in their filings, as identified in the Court's July 2 Order.

Accordingly, for the foregoing reasons IT IS ORDERED THAT:

(1)  Plaintiffs' Petition for Temporary Restraining Order (Doc. # 3) is DENIED; and

---

[1] Although the Court's July 2, 2010 Order directed Plaintiffs to file an amended complaint and amended motion by July 12, 2010, Plaintiffs' amended filings are timely. Because Plaintiffs received service of the July 2, 2010 Order by mail, three days have been added to the Court's deadline, pursuant to Fed. R. Civ. P. 6(d).

(2) Plaintiffs' Amended Petition for Temporary Injunction (Doc. # 9) is
DENIED.

DATED: July  16 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge